[No. 17455-3-II.   Division Two.   October 19, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID
COTTERILL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 194343030, Waldo F. Stone, J., entered August
4, 1993. *Affirmed* by unpublished opinion per Petrie, J.
Pro Tem., concurred in by Houghton, A.C.J., and Wiggins,
J.


[No. 17554-4-II.   Division Two.   October 19, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. WALTER
O. MATHIS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 077545170, Brian M. Tollefson, J., entered
September 1, 1993. *Affirmed* by unpublished opinion per
Petrie, J. Pro Tem., concurred in by Morgan and Bridge-
water, JJ.


[No. 17606-8-II.   Division Two.   October 19, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. EZEQUIEL
CARREON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 93-1-02276-1, Arthur W. Verharen, J., entered
September 30, 1993. *Affirmed* by unpublished opinion per
Petrie, J. Pro Tem., concurred in by Morgan and Wiggins,
JJ.


[No. 17361-1-II.   Division Two.   October 20, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS
EDWARD COX, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 92-1-01345-2, James D. Ladley, J., entered
July 20, 1993. *Affirmed* by unpublished opinion per
Morgan, J., concurred in by Seinfeld, C.J., and Morgan, J.